

EPHRAIM SAVITT
*Attorney at Law*

| | |
|---|---|
| 165 WEST END AVENUE #8B | PHONE: (917) 885-5753 |
| NEW YORK, NEW YORK 10023 | EMAIL: EPHRAIM@SAVITTESQ.COM |

BY ECF
Honorable Katherine Polk FaillaJanuary 10, 2020
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Dan-Bunkering (America), Inc. v. Ardica
Construcciones, S.A. de C.V., et al.,
<u>Index No. 1:17-cv-09873-KPF</u>

Dear Judge Failla:

I respectfully submit this letter request for an extension of time, until Monday, January 13th, to submit Ardica's summary judgment supporting memorandum. My co-counsel, Mr. Herasme, has just contacted our colleague Mr. Chester by email to advise that we will be needing the additional business day and weekend to complete our memorandum of law. We have had unanticipated computer glitches this morning and my operating day is truncated by the approaching Shabbat at 4:35 this afternoon.

We certainly have no objection to allowing Plaintiff's counsel the same extension of time in which to file Dan-Bunkering's summary judgment memorandum in order to maintain parity between the parties in the cross-motion filings.

I apologize for this unanticipated last-minute application and ask for Your Honor's accommodation.

With best wishes to all for the New Year.

Respectfully submitted,

*Ephraim Savitt*

*Co- Counsel for Defendant
Ardica Construcciones*

<u>Cc via ECF and email</u>:
Max B. Chester, Esq.
Douglas Heffer, Esq.
Oscar A. Herasme, Esq.

```
Application GRANTED.  Plaintiff's counsel may have the same
extension.
```

```
Dated: January 10, 2020          SO ORDERED.
       New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE