**MEMO ENDORSED**



## EPHRAIM SAVITT
*Attorney at Law*

165 WEST END AVENUE #8B  
NEW YORK, NEW YORK 10023

PHONE: (917) 885-5753  
EMAIL: EPHRAIM@SAVITTESQ.COM

BY ECF

Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, N.Y. 10007

February 7, 2020

Re: Dan-Bunkering (America), Inc. v. Ardica Construcciones, S.A. de C.V., et al.,  
<u>Index No. 1:17-cv-09873-KPF</u>

Dear Judge Failla:

      I respectfully request Your Honor to allow a one-court business day enlargement of time, or until the date of an endorsed order, in which Ardica may file its Rule 56.1 Counterstatement, a copy of which is appended as Exhibit A. I apologize, yet again, for any inconvenience that this late filing causes the Court and opposing counsel. Based on prior experience, I expect that opposing counsel will not consent to this application.

      The attached Ardica's Counterstatement incorporates citations to the record, as required by Rule 56.1, which I inadvertently failed to comply with, in our original Rule 56.1 Statement, and it reproduces the paragraphs in Plaintiff's Statement which we challenge and to which we clarify our responses.

      We thank Your Honor for your courtesies and consideration.

Respectfully submitted,

*Ephraim Savitt*

Ephraim Savitt  
Oscar Herasme

*Counsel for Defendant*  
*Ardica Construcciones*

Cc via ECF and email:  
Max B. Chester, Esq.  
Douglas Heffer, Esq.

Application GRANTED. The Court will accept Defendant Ardica's late filing.

Dated: February 18, 2020
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE