**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dan-Bunkering (America), Inc.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Tecnologias Relacionadas con Energia y Servicios Especializados, S.A. de C.V. and Ardica Construcciones, S.A. de C.V.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 1:17-cv-09873-KPF<br><br>**FINAL JUDGMENT** |

　　　　Based on the July 10, 2020 Opinion and Order of this Court granting summary judgment in favor of Plaintiff Dan-Bunkering (America), Inc. ("Dan-Bunkering"), it is hereby:

　　　　ORDERED, ADJUDGED AND DECREED that Plaintiff Dan-Bunkering have judgment against Defendant Ardica Construcciones, S.A. de C.V., for the principal amount of $570,586.00, together with interest at 9% from July 1, 2017 through July 21, 2020, calculated at the rate of 9% per annum pursuant to N.Y. CPLR §§ 5001 and 5004, amounting to $157,012.76, (daily interest of $140.69 for 1116 days) for a total judgment in the amount of $727,598.76 plus costs and disbursements allowable under 28 U.S.C. § 1920.

**Judgment signed this 21st day of July, 2020 in New York, New York**

　　　　　　　　　　　　　　　　　　　　*Katherine Polk Failla*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge