UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAN-BUNKERING (AMERICA), INC.,

            Plaintiff,

     v.

TECNOLOGIAS RELACIONADAS CON ENERGIA Y SERVICIOS ESPECIALIZADOS, S.A. DE C.V. AND ARDICA CONSTRUCCIONES, S.A. DE C.V.,

            Defendants.

17 Civ. 9873 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On October 21, 2020, the Court held a conference with counsel of record for Defendant Ardica Construcciones, S.A. de C.V. ("Ardica"), appellate counsel for Ardica, and counsel for Plaintiff. After reviewing the letter from Ephraim Savitt, Ardica's counsel of record in this Court, dated October 9, 2020 (Dkt. #110), Plaintiff's letter dated October 12, 2020 (Dkt. #111), and Mr. Savitt's reply dated October 12, 2020 (Dkt. #112), and after hearing from all parties during the conference, the Court finds that Mr. Savitt no longer has authorization from Ardica to act on their behalf in this matter. Accordingly, Mr. Savitt is hereby TERMINATED as counsel of record for Ardica. This leaves Ardica without counsel of record in this matter and deprives Plaintiff of the ability to pursue post-judgment discovery, as is their right.

To remedy this situation, the Court ORDERS Ardica to notify the Court of its new counsel of record in this matter on or before **November 23, 2020**; and

to respond to Plaintiff's post-judgment discovery requests, which the Court finds to have been properly served on it, on or before **December 7, 2020**.  If Ardica fails to comply, the Court will consider the imposition of sanctions.

As outgoing counsel in this matter, Mr. Savitt is directed to convey this Order to Ardica.

SO ORDERED.

Dated:   October 22, 2020
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge